■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUCAS BOUGES, JR., Appellant. (Appeal No. 2.)—Judgment unanimously reversed as a matter of discretion in the interest of justice, plea vacated and defendant remanded to Supreme Court, Onondaga County, for further proceedings on the indictment. Same memorandum as in *People v Bouges* ([appeal No. 1], 129 AD2d 967 [decided herewith]). (Appeal from judgment of Supreme Court, Onondaga County, Gorman, J.—criminal possession of weapon, third degree.) Present—Callahan, J. P., Denman, Balio, Lawton and Davis, JJ.